UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY YEARGIN,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, NANCY KOPS,<br><br>        Defendants.<br>_____/ | 1:05-cv-01159-AWI-SMS-P<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** (Doc. 5)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

    Plaintiff, Timothy Yeargin ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On October 4, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections thereto.[1]

---

[1] On October 18, 2005, the United States Postal Service returned the order served on plaintiff on October 4, 2005, as undeliverable. A notation on the envelope indicated: Return to Sender. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations, filed October 4, 2005, are ADOPTED in full; and,

    2.  This action is DISMISSED in its entirety.

IT IS SO ORDERED.

**Dated:   November 30, 2005**           /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE